FILED'11 MAR 28 15:40USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

RANDALL B. TURNER, )
 )
    Petitioner, )  Civil No. 10-1472-JO
 )
v. )
 )  ORDER TO DISMISS
MULTNOMAH COUNTY HEALTH DEPT.-)
CORRECTIONS HEALTH, DR. ROSE, )
R. McPHERSON, MULTNOMAH COUNTY)
SHERIFF and CAPTAIN HARPER, )
 )
    Respondent. )
_____)

JONES, District Judge.

    Plaintiff recently filed a Motion to voluntarily dismiss this civil rights action and to withdraw his application to proceed *in forma pauperis*. Defendants have not been served. Accordingly, plaintiff's Motion to Voluntarily Dismiss (#15) is GRANTED. Plaintiff is advised that no filing fee will be assessed in this case.

1 - ORDER TO DISMISS

Plaintiff asks the court to return to him any documents he submitted in support of the Complaint. As the Clerk's office previously advised plaintiff via a letter dated January 18, 2011, the local rules provide that all files and records of the court must remain in the custody of the Clerk. See LR 77-3. However, the fee for reproduction of any record or paper is 50 cents a page. Accordingly, should plaintiff wish to obtain copies of the 16 pages of documents he submitted with his Complaint, he must submit payment in the amount of $8.00 made payable to the "Clerk, U.S. District Court."

## CONCLUSION

Based on the foregoing, plaintiff's Motion to Voluntarily Dismiss (#15) is GRANTED.

IT IS SO ORDERED.

DATED this 28th day of March, 2011.

_____
Robert E. Jones
United States District Judge